Entered on Docket
August 29, 2005
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: August 29, 2005

_____
**RANDALL J. NEWSOME**
**U.S. Bankruptcy Judge**
_____



JEREMY W. KATZ (SBN: 119418)
MATTHEW J. SHIER (SBN: 72638)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Trustee
TEVIS T. THOMPSON, JR.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>READ-RITE CORPORATION, a Delaware Corporation,<br><br>Debtor. | Case No. 03-43576 RN-7<br><br>**Chapter 7**<br><br>**ORDER DISALLOWING BY DEFAULT CERTAIN PROOFS OF CLAIM FILED FOR ZERO ($0) AMOUNT AND WITHDRAWING OBJECTION TO CERTAIN CLAIMS FILED FOR ZERO ($0) AMOUNT** |

Upon consideration of the request for entry of order disallowing by default certain proofs of claim filed for zero amount and withdrawing objection to certain claims filed for zero amount ("Request"), the accompanying declaration, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that

1.   The Request is granted; and

2.   The following claims are disallowed in their entirety:

///

///

///

2000.001/00023611     1     ORDER DISALLOWING ZERO BALANCE CLAIMS
CASE NO. 03-43576 RN-7

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 03-43576   Doc# 989   Filed: 08/29/05   Entered: 08/29/05 15:44:41   Page 1 of 3

## CLAIMS FILED FOR ZERO AMOUNT

| Claim Number | Creditor Name/Agent | Date Filed | Type | Priority/Unsecured | Total Claim Amount |
|---|---|---|---|---:|---:|
| 1717 | Bureau of Customs and Border Protection<br>U.S. Customs Service<br>6026 Lakeside Blvd.<br>Indianapolis, In  46268 | 10/14/03 | Tax | 0.00 | 0.00 |
| 1224 | Khanh D. Le<br>569 Hellyer Avenue<br>San Jose, CA  95111 | 8/28/03 | Unknown | 0.00 | 0.00 |
| 1488 | PacTech – Packaging Technologies GMBH<br>AM Schlangenhorst 15-17<br>D-14641 Nauen<br>Germany | | Other | 0.00 | 0.00 |

3. The objection to the following claims is withdrawn: Crown Worldwide Moving, claim no. 1708; Thrift Car Rental, claim no. 1431; and the request for payment of administrative claim filed by PeopleSoft USA.

**\*\*\* END OF ORDER \*\*\***

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

# SERVICE LIST

*Office of the United States Trustee*
U.S. Trustee's Office
1301 Clay Street, Suite 690N
Oakland, CA 94612

*Chapter 7 Panel Trustee*
Tevis T. Thompson, Jr.
P.O. Box 1110
Martinez, CA 94553

*Peoplesoft USA, Inc.*
Henry C. Kevane
Pachulski, Stang, Zichi, Young, Jones & Weintraub PC
3 Embarcadero Center, Suite 1020
San Francisco, CA 94111

Bureau of Customs and Border Protection
fka US Customs Service
6026 Lakeside Blvd.
P.O. Box 68911
Indianpolis, IN 46268

Crown Worldwide Moving & Storage
P.O. Box 5577
San Leandro, CA 94577

Khanh D. Le
569 Hellyer Avenue
San Jose, CA 95111

Pac Tech Packaging Technologies Cmbh
Am Schlangenhorst 15-17
D – 14641 Nauen
Germany

Thrifty Car Rental, Inc.
560 Newhall street
San Jose, CA 95110

Jeremy W. Katz
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, CA 94104

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700