**Entered on Docket**
**October 09, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed: October 09, 2008**

_____
**RANDALL J. NEWSOME**
U.S. Bankruptcy Judge
_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 03-43576 |
| | ) | |
| Read-Rite Corp | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | **ORDER TO PAY UNCLAIMED FUNDS** |
| | ) | |

It appearing that the check(s) made payable to Debebe Worku in the total amount of $741.83 was not cashed within the 90 day limit and an unclaimed money report was entered on 11/30/05 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Debebe Worku are now claiming the above monies in the application attached hereto.

**IT IS ORDERED** that the Clerk of the Bankruptcy Court pay said sum of $741.83 to the order of Debebe Worku c/o The Financial Resources Group, Inc. 700 Mechem Dr. Ste. 8B, Ruidoso, NM 88345.