

**Signed: January 14, 2010**

_____
**RANDALL J. NEWSOME**
U.S. Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                   ) Case No: 03-43576 NT
                                         )
    Read Rite Corporation            ) Chapter No. 7
                                         )
Debtor                                   ) **ORDER TO PAY UNCLAIMED FUNDS**
                                         )

    It appearing that the check(s) made payable to PZ Tech A/S Xx, in the amount of $1,894.16 was not cashed within the 90 day limit and an unclaimed money report was entered on 01/10/2008 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

    It further appearing that Noliac A/S C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

    IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,894.16, to:

    PZ Tech A/S
    C/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027-0125.

**End of Order**
**No Service List Requested**