The following constitutes
the order of the court. Signed July 08, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:

READ-RITE CORP.

Case No. 03-43576

Chapter No. 7

Debtor

**ORDER TO PAY UNCLAIMED FUNDS**

It appearing that the check(s) made payable to RR Donnelley Receivables, Inc. in the total amount of $ 3,393.09 was not cashed within the 90 day limit and an unclaimed money report was entered on 3/28/07 & 1/10/08 to close the account and transfer the monies to the Clerk, U. S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that RR DONNELLEY RECEIVABLES, INC. is now claiming the above monies in the application attached hereto.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay said sum of $3,393.09 to the order of RR DONNELLEY RECEIVABLES, INC. c/o American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013.

\*\*End of Order\*\*
\*\*No Service List Requested\*\*