# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–4 | User: nwhite | Date Created: 7/11/2011 |
| Case: 03–43576 | Form ID: pdfeoc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee/Oak      USTPRegion17.OA.ECF@usdoj.gov

TOTAL: 1